**KAUFMAN, SCHNEIDER & BIANCO, LLP**
KATHERINE S. CATLOS, SB#184227
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 394-6390
Email: katherinecatlos@sbcglobal.net

Attorneys for Defendant
FORTUNA COUNTRY INN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN | ) CASE NO. C06-02707 JSW |
| Plaintiff, | ) |
| v. | ) ACTION FILED: April 20, 2006 |
| R.H. CORKY CORNWELL dba REDWOOD COAST CELLULAR, THE FORTUNA COUNTRY INN CORPORATION, a California Corporation, and DOES ONE to FIFTY, inclusive, | ) **STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST TO RESPOND TO COMPLAINT** |
| Defendants. | ) |

Plaintiff JEFF HOHLBEIN and defendants R.H. CORKY CORNWELL dba REDWOOD COAST CELLULAR and THE FORTUNA COUNTRY INN CORPORATION (collectively "Defendants"), through their respective counsel, hereby stipulate as follows:

Defendants intend to resolve this case shortly. In an effort to facilitate settlement discussions, Defense counsel requested an extension to respond to the complaint. Defendants' responses are presently due on or before May 15, 2006. Plaintiff's counsel agreed to provide Defendants with a three-week extension in which to respond to the complaint. Defendants' response to the complaint would thus be due on or before **June 5, 2006.** The parties respectfully request that the Court order the responsive pleadings due on this date because good cause exists in that the extension would allow the parties to engage in meaningful settlement discussions.

STIPULATION AND [PROPOSED] ORDER                1

1     **IT IS SO STIPULATED.**

2

3   DATED: May 12, 2006         SINGLETON LAW GROUP

4

5                                          _____/s/_____
                                         Jason Singleton
                                         Attorneys for Plaintiff

6                                          JEFF HOHLBEIN

7

8   DATED: May 10, 2006         KAUFMAN, SCHNEIDER & BIANCO, LLP

9

10                                          _____/s/_____
                                         Katherine Catlos
                                         Attorneys for Defendants

11                                          THE FORTUNA COUNTRY INN CORPORATION,
                                         specially appearing for R.H. CORKY CORNWELL

12                                          dba REDWOOD COAST CELLULAR

13

14     **IT IS SO ORDERED.**

15

16

17   DATED: May 12, 2006         _____
                                         Jeffrey S. White
                                         JUDGE OF THE U.S. DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER         2